IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT CURTIS FINCH,

Petitioner,

v.

HENRY MOORE; and UNKNOWN
SUPERVISORY PROBATION OFFICER,

Respondents.

CIVIL ACTION NO.: 6:15-cv-82

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 26), to which Objections have been filed, (doc. 27). Petitioner Robert Curtis Finch's ("Finch") Objections are merely a reiteration of the claims he originally set forth in his Petition. Finch does not dispute that he untimely filed his Petition or that he failed to exhaust state remedies, but rather concludes that "[t]he merits of the case should [overrule] [the] technical argument." (Doc. 27, p. 2.) Finch's Objections are without merit. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **GRANTS** Respondents' Motion to Dismiss. (Doc. 21.)

A petitioner seeking relief under 28 U.S.C. § 2254 must obtain a certificate of appealability ("COA") before appealing the denial of his application for a writ of habeas corpus. This Court "must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." Rule 11(a) to the Rules Governing Section 2254 Proceedings. This Court should grant a COA only if the petitioner makes a "substantial showing of the denial of a

constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Report and Recommendation, and in consideration of the standards enunciated in Slack v. McDaniel, 529 U.S. 473, 482–84 (2000), Finch has failed to make the requisite showing. Accordingly, the Court **DENIES** a COA in this case.[1] Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Accordingly, the Court **DENIES** Finch leave to appeal *in forma pauperis*. See 28 U.S.C. § 1915(a)(3).

Finch's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 30th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] "If the court denies a certificate, the part[y] may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a) to the Rules Governing Section 2254 Proceedings.