IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ROBERT CURTIS FINCH,<br><br>Petitioner,<br><br>v.<br><br>HENRY MOORE; and UNKNOWN SUPERVISORY PROBATION OFFICER,<br><br>Respondents. | CIVIL ACTION NO.: 6:15-cv-82 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 37), to which Petitioner filed Objections, (doc. 38). Therefore, for the reasons set forth in the Court's Order dated June 30, 2016, (doc. 28), the Court **DENIES** Petitioner leave to appeal *in forma pauperis* and **DENIES** Petitioner a certificate of appealability.

Accordingly, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court, Petitioner's Objections are overruled, and Petitioner's Section 2254 Petition is **DISMISSED**. The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 24th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA